# ELECTRONIC RECORD

COA # 05-13-00936-CR          OFFENSE: DWI

STYLE: Bedros Nobar Minassian v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRMED AND MODIFIED          TRIAL COURT: 194th Judicial District Court

DATE: 07/16/15          Publish: NO          TC CASE #: F-0854609-P

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Bedros Nobar Minassian v. The State of Texas          CCA #: 1091-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 11/18/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD